ACCEPTED
03-16-00580-CV
13905880
THIRD COURT OF APPEALS
AUSTIN, TEXAS
11/21/2016 2:19:16 PM
JEFFREY D. KYLE
CLERK

**No. 03-16-00580-CV**
**No. 03-16-00607-CV**

FILED IN
3rd COURT OF APPEALS
AUSTIN, TEXAS
11/21/2016 2:19:16 PM
JEFFREY D. KYLE
Clerk

In the Third Court of Appeals
Austin, Texas

AARON BISHOP, ALBERT CORTEZ, JR., AURELIO MARTINEZ, TOMAS MONTEZ, RICARDO PELAYO, RODERICK WESLEY, RONALD BOOKER, ERIC DELOSSANTOS, JOVITA LOPEZ, NORRIS MCKENZIE, OSCAR RAMIREZ, MONROE YARBROUGH, RICHARD BURNS, HENRY MORENO, JESSE PRADO, ET AL.
Plaintiffs – Appellants

v.

THE CITY OF AUSTIN
Defendant - Appellee

Appeal from Cause No. D-1-GN-14-002459
345th Judicial District Court of Travis County, Texas

**UNOPPOSED MOTION TO EXTEND TIME TO FILE BRIEF OF APPELLANTS**

Mark Crampton
State Bar No. 00789786
**CRAMPTON LAW OFFICE**
3355 BEE CAVES ROAD, SUITE 301-B
Austin, Texas  78746
(512) 892-9300
(512) 891-0262 (fax)
mark@cloatx.com
COUNSEL FOR APPELLANTS

TO THE HONORABLE JUSTICES OF THE THIRD COURT OF APPEALS:

Appellants, AARON BISHOP, ALBERT CORTEZ, JR., AURELIO MARTINEZ, TOMAS MONTEZ, RICARDO PELAYO, RODERICK WESLEY, RONALD BOOKER, ERIC DELOSSANTOS, JOVITA LOPEZ, NORRIS MCKENZIE, OSCAR RAMIREZ, MONROE YARBROUGH, RICHARD BURNS, HENRY MORENO, JESSE PRADO, ET AL., file this Unopposed Motion to Extend Time to File Appellants' Brief and respectfully show:

1.     Appellants, AARON BISHOP, ALBERT CORTEZ, JR., AURELIO MARTINEZ, TOMAS MONTEZ, RICARDO PELAYO, RODERICK WESLEY, RONALD BOOKER, ERIC DELOSSANTOS, JOVITA LOPEZ, NORRIS MCKENZIE, OSCAR RAMIREZ, MONROE YARBROUGH, RICHARD BURNS, HENRY MORENO, JESSE PRADO, ET AL. ("Appellants") ask the Court to extend the time to file their brief.  Appellants' deadline for filing its brief is November 28, 2016.  The parties previously submitted a Stipulation that extends the deadline to file Appellants' Brief (No. 03-16-00580-CV) to January 2, 2017.

2.     This motion is filed before the date the brief is due. *See* Tex. R. App. Proc. 38.6(d).

3.     Appellee agrees to this extension and do not oppose this motion.

4.     The Court has authority under the Texas Rules of Appellate Procedure 38.6(d) to extend the time to file the brief.

5. Appellants request an additional thirty five (35) days to file their brief, extending the time until January 2, 2017.

6. This is Appellants' first request for an extension.

7. Appellants need additional time to file their brief because (a) the number if Plaintiffs; (b) the complexity of the issues; (c) the voluminous size of the Clerk's Record; and (d) the Thanksgiving and Christmas holidays.

8. For the reasons stated above, Appellants ask the Court to grant an extension of time in which to file its brief until January 2, 2017.

RESPECTFULLY SUBMITTED,

By: /s/ Mark Crampton
  Mark Crampton
  State Bar No. 00789786
  **CRAMPTON LAW OFFICE**
  3355 Bee Caves Road, Suite 301-B
  Austin, Texas  78746
  (512) 892-9300
  (512) 891-0262 (fax)
  mark@cloatx.com
COUNSEL FOR APPELLANTS/PLAINTIFFS
AND CROSS-APPELLEE/PLAINTIFF BAKER

**CERTIFICATE OF CONFERENCE**

Pursuant to TEX. R. APP. PROC. 10.5, I certify that I conferred with counsel for Appellee, Lynn E. Carter, who advised she is unopposed to the filing of this motion and the extension of time to file Appellants' Brief requested herein.

    /s/ Mark Crampton
    Mark Crampton

## CERTIFICATE OF SERVICE

I hereby certify that I served a copy of this notice on counsel of record electronically, in accordance with the Court's rules on electronic filing, on November 21, 2016, as listed below:

**Via E-Service to:**
Lynn E. Carter
Lynn.carter@austintexas.gov
Michael Siegel
Michael.siegel@austintexas.gov
City of Austin-Law Department
P. O. Box 1546
Austin, Texas 78767-1546

/s/ Mark Crampton
Mark Crampton